IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DERRICA ACKLIN                                                              PLAINTIFF

V.                                       4:09CV00750 JMM

SECURITAS SECURITY SERVICES USA, INC.
and DIMITRI EPPS                                                          DEFENDANTS

## ORDER

Pending are Plaintiff's motion to remand, response to motion to dismiss or to certify the issue to the Arkansas Supreme Court, docket # 5, and Defendants' motion to compel arbitration and stay proceedings, docket # 9

The Court filed a certification order on this date, accordingly, Plaintiff's motion to certify, docket # 5, is granted. Plaintiff's motion to remand, docket # 5, and Defendants' motion to compel arbitration, docket # 9, will be held in abeyance.

This action is stayed pending a decision from the Arkansas Supreme Court on the certified question. The deadlines and trial date set forth in the Court's Initial Scheduling Order are hereby vacated.

IT IS SO ORDERED this 1st day of February, 2010.

_____
James M. Moody
United States District Judge