# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DERRICA ACKLIN                                                          PLAINTIFF

V.                             4:09CV00750 JMM

SECURITAS SECURITY SERVICES USA, INC.
and DIMITRI EPPS                                                        DEFENDANTS

## ORDER

The Order of this Court dated February 1, 2010 certifying a question of law to the Arkansas Supreme Court is hereby WITHDRAWN. The Court has been notified by the parties that the case has been settled. Therefore, the question of law certified to the Arkansas Supreme Court is moot.

The Clerk is directed to send a copy of this Order to the Clerk of the Arkansas Supreme Court.

IT IS SO ORDERED this 2nd day of February, 2010.

_____
James M. Moody
United States District Judge