**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DERRICA ACKLIN**                                                          **PLAINTIFF**

**V.**                                          **4:09CV00750 JMM**

**SECURITAS SECURITY SERVICES USA, INC.**
**and DIMITRI EPPS**                                          **DEFENDANTS**

## ORDER

Pursuant to the stipulation for dismissal.  This case is hereby dismissed with prejudice,

each party to bear her, its or his own costs.

IT IS SO ORDERED this 9th day of March, 2010.

_____
James M. Moody
United States District Judge